OPINION — AG — THE 30TH OKLAHOMA LEGISLATURE SHOULD BE CONSIDER AND ENACT LEGISLATION IN PROPER FORM WHICH WOULD DIVIDE THE COUNTIES OF WASHINGTON, PAYNE, KAY, GARFIELD, AND CLEVELAND, RESPECTIVELY, IN TWO SEPARATE REPRESENTATIVE DISTRICTS FOR NOMINATION AND ELECTION OF MEMBERS OF THE HOUSE OF REPRESENTATIVES, WHICH DISTRICTS IN EACH COUNTY SHOULD BE SUBSTANTIALLY EQUAL IN POPULATION. (CHARLES NESBITT)